**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00239-CR**

_____

**TOMMY HOLCOMB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-06-07078-CR**

**ORDER**

On November 21, 2012, we remanded this case to the trial court for a hearing to determine why counsel for the appellant failed to file a brief. The trial court conducted a hearing and found that there is good cause for counsel to withdraw. The trial court appointed new counsel to represent appellant.

The appeal is hereby reinstated. All appellate timetables shall resume from this date. Jarrod Walker is enrolled as counsel for appellant. The brief of the appellant is due February 9, 2013.

1

ORDER ENTERED January 10, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.